*In re* GILBERTO CUEVAS VÉLEZ.

*Número:* TS-2063          *Resuelto:* 7 de junio de 2004

*Carmen H. Carlos*, directora de la Oficina de Inspección de Notarías; *Ángel N. Candelario Caliz*, oficial investigador de la Comisión de Ética del Colegio de Abogados de Puerto Rico.

## RESOLUCIÓN

Examinada la moción en cumplimiento de orden presentada por el Colegio de Abogados, *se autoriza la reinstalación de Gilberto Cuevas Vélez al ejercicio de la abogacía y la notaría.*

Se le apercibe de que futuros incumplimientos a la notaría y sus reglamentos podrán conllevar la separación permanente del ejercicio profesional. Se le apercibe también de que en lo susesivo deberá cumplir rigurosamente con las resoluciones de este Tribunal.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado Señor Rebollo López no intervino.

(*Fdo.*) Patricia Otón Olivieri
*Secretaria del Tribunal Supremo*